Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Daniel G. Shay, Esq (SBN:250548)
danielshay@tcpafdcpa.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Ste 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorneys for Plaintiff*
Kelissa Ronquillo-Griffin

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Kelissa Ronquillo-Griffin, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Data Software Services, LLC D/B/A Elead1One,<br><br>Defendant. | **CASE NO: 3:17-CV-00443-WQH-MDD**<br><br><br><br>**NOTICE OF SETTLEMENT** |
|---|---|

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 8, 2018 for filing a Request for Dismissal.

Respectfully submitted,

**Hyde & Swigart, APC**

Date: November 8, 2017

By: s/Yana A. Hart
Yana A. Hart, Esq.
*Attorneys for Plaintiff*